Chesapeake Operating v. ZBJ, LLC                    CIV-13-940-M

81

1      A.    I don't know.  We'll see.  I don't know what

2      discrepancies -- I mean, you showed me five or six.

3      Q.    I'll represent to you that there's a lot more.

4      It's pretty systemic.  So, if we get up and show you 500

5      at a time --

6      A.    I'd just like to see them, yeah, and then maybe

7      I -- maybe there are some answers to some of it.

8      Q.    But as we sit here today, you can't -- what are

9      you going to -- when we leave here today, what can you

10     think of that, "Well, I saw that billing discrepancy.  I

11     need to go look at this to explain that"?  What do you

12     need to go look at?

13     A.    There's nothing to go look at.

14     Q.    So how are you going to explain it?  I mean,

15     you overbilled us.  Right?

16              MR. GASKINS:  Object to form.

17              THE DEPONENT:  What's that mean?

18              MR. GASKINS:  That means you can still

19     answer.

20     Q.    (BY MR. AVERY)  You overbilled us.  Right?

21     A.    Yeah, we overbilled you.

22     Q.    And there's no real good reason for it?

23     A.    I've asked you guys to give me something.  So

24     far, nobody's did anything.  Just come on out and tell

25     me.

**Exhibit 1**